THE AMOSKEAG MANUFACTURING COMPANY, Respondent, *v.*
THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY
OF ALBANY, Appellant.

(Argued December 8, 1875; decided December 14, 1875.)

*Grenville Tremain* for the appellant.

*George W. Miller* for the respondent.

Agree to affirm.   No opinion.
All concur; MILLER, J., not sitting.
Judgment affirmed.

----

IN THE MATTER OF THE PETITION OF FANNY LEVY TO VACATE
AN ASSESSMENT.

(Argued December 7, 1875; decided December 14, 1875.)

REPORTED below, 4 Hun, 501.

*Charles E. Miller* for the appellant.

*William Barnes* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

----

ISAAC FAULKS, Appellant, *v.* JACOB G. KAMP, Respondent.

(Argued December 7, 1875; decided December 14, 1875.)

*E. H. Benn* for the appellant.

*Freeman J. Fithian* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.